UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.M. AND K.M., ON BEHALF OF THEMSELVES AND THEIR MINOR CHILD, M.M.,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID BANKS IN HIS OFFICIAL CAPACITY, AND THE CITY OF NEW YORK,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2023

23 Civ. 8705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' motion for a temporary restraining order and preliminary injunction and supporting papers. ECF Nos. 6–8. By **October 23, 2023**, Defendants shall file their response. By **October 27, 2023**, Plaintiffs shall file their reply, if any.

    By **October 27, 2023**, the parties shall also file a joint letter providing a status update as to their efforts to resolve this matter without judicial intervention.

    The Court shall hold a preliminary injunction hearing via videoconference on **October 31, 2023**, at **3:30 p.m.** Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, the parties, and counsel for both parties may appear via video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: October 17, 2023
       New York, New York

                              ANALISA TORRES
                              United States District Judge