UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.M. AND K.M., ON BEHALF OF THEMSELVES AND THEIR MINOR CHILD, M.M., AND THEIR MINOR CHILD, S.M.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID BANKS IN HIS OFFICIAL CAPACITY, AND THE CITY OF NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/16/2024_

23 Civ. 8705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 19, 2023, the Court ordered the parties to file a joint letter and jointly proposed case management plan by January 12, 2024. ECF No. 34. Those submissions are now overdue. Accordingly, by **January 30, 2024**, the parties shall file a joint letter and jointly proposed case management plan.

    SO ORDERED.

Dated: January 16, 2024
         New York, New York

                                                ANALISA TORRES
                                        United States District Judge