```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _07/08/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.M. AND K.M., ON BEHALF OF THEMSELVES AND THEIR MINOR CHILD, M.M., AND THEIR MINOR CHILD, S.M.,

           Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, CHANCELLOR DAVID BANKS IN HIS OFFICIAL CAPACITY, AND THE CITY OF NEW YORK,

           Defendants.

23 Civ. 8705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The stay in this action expired on June 28, 2024.  ECF No. 41.  By **July 22, 2024**, the parties shall file a status update as to this matter.  If the parties intend to engage in discovery, by **July 22, 2024**, the parties shall file a proposed case management plan.  If the parties do not intend to engage in discovery, by **July 22, 2024**, they shall propose a briefing schedule for summary judgment.

    SO ORDERED.

Dated: July 8, 2024
       New York, New York

                                  ANALISA TORRES
                             United States District Judge