```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
J.M. AND K.M., ON BEHALF OF
THEMSELVES AND THEIR MINOR CHILD,
M.M., AND THEIR MINOR CHILD, S.M.,

                        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, BOARD OF EDUCATION OF
THE CITY SCHOOL DISTRICT OF THE CITY
OF NEW YORK, CHANCELLOR DAVID
BANKS IN HIS OFFICIAL CAPACITY, AND
THE CITY OF NEW YORK,

                        Defendants.

23 Civ. 8705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated November 19, 2024, the Court adjourned the case management conference in this matter to March 10, 2025. ECF No. 56. Per the Court's earlier case management plan and scheduling order, the parties were to have filed a joint status report no later than one week in advance of said conference. ECF No. 48 ¶ 16. That report is now overdue.

      Accordingly, by **March 10, 2025**, the parties shall file a joint letter indicating (1) the status of settlement negotiations and whether they believe that a settlement conference before the Honorable Katharine H. Parker would be beneficial, and (2) whether the parties intend to move for summary judgment. If either party intends to file a pre-motion letter, it shall do so by **March 21, 2025**, and in accordance with Rule III.C of the Court's Individual Practices in Civil Cases.

      The case management conference scheduled for March 10, 2025, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: March 4, 2025
       New York, New York

                                                    ANALISA TORRES
                                            United States District Judge