```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.M., et al.

                                       Plaintiffs,

         -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION et al.,

                                     Defendants.
-----------------------------------------------------------------X

**ORDER - SETTLEMENT STATUS UPDATE**

23-CV-8705 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      By **June 2, 2025**, the parties are ordered to email the Court to provide a status update on settlement discussions.

      **SO ORDERED.**

Dated: May 5, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge