```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  J.M. et al.

                                      Plaintiffs,

            -against-

  NEW YORK CITY DEPARTMENT
  OF EDUCATION et al.,

                                      Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025

**ORDER RESCHEDULING**
**CASE MANAGEMENT CONFERENCE**

23-CV-8705 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The case management conference in this matter scheduled for **Monday, June 16, 2025 at 2:00 p.m. is hereby rescheduled to Wednesday, June 18, 2025 at 12:00 p.m.** At the scheduled time, the parties are directed to call Judge Parker's Court conference line by dialing **(646) 453-4442, Conference ID 103 126 097#**.

SO ORDERED.

Dated: June 5, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge