USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

J.M. et al.

                              Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION et al.,

                             Defendants.
------------------------------------------------------------------X

**ORDER RESCHEDULING
CASE MANAGEMENT CONFERENCE**

23-CV-8705 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The case management conference in this matter scheduled for **Wednesday, June 18, 2025 at 12:00 p.m. is hereby rescheduled to Wednesday, June 18, 2025 at 4:30 p.m.** At the scheduled time, the parties are directed to call Judge Parker's Court conference line by dialing **(646) 453-4442, Conference ID 103 126 097#**.

    SO ORDERED.

Dated: June 17, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge