UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  J.M. et al.

                                                        Plaintiffs,

                            -against-

  NEW YORK CITY DEPARTMENT
  OF EDUCATION et al.,

                                                        Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/9/2025___
```

**SCHEDULING AND SEALING
ORDER**

**23-CV-8705 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 8, 2025, Defendants filed a letter with the Court requesting an extension of time to answer the Second Amended Complaint ("SAC"), from November 26, 2025, until December 15, 2025 (ECF No. 81) and further requesting that ECF No. 81 be filed under seal. (ECF No. 80)  This is Defendants' fifth request for an extension of time with the additional *caveat* that in an Order dated November 3, 2025, the Court stated that no further extensions would be granted. (ECF No. 79)  Plaintiffs have consented to Defendant's request.  When considering the circumstances, the Court finds that good cause has been shown to GRANT this extension.  Defendants have until **December 15, 2025,** to Answer Plaintiffs' Second Amended Complaint.  Once again, no further extension will be granted absent a showing of good cause.

As to Defendants' request to file the Answer under seal, that request is also GRANTED. It is well established that the public interest in accessing Court filings may be outweighed by the need to prevent disclosure of sensitive medical information contained within the documents.  *See Dechter v. Mars Agency*, No. 24 Civ. 6325 (JAV), 2025 WL 1475494, at *4

(S.D.N.Y. May 22, 2025) (slip copy).  To the extent that Defendant's request at ECF No. 81

contains sensitive medical information, the Court authorizes Plaintiff to file the motion

under seal, while simultaneously filing a redacted version on the public docket.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 80 and 81.**

**SO ORDERED.**

Dated: December 9, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2