```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/7/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  J.M. et al.

                            Plaintiffs,

          -against-

  NEW YORK CITY DEPARTMENT
  OF EDUCATION et al.,

                         Defendants.
-----------------------------------------------------------------X

**POST-CONFERENCE**
**ORDER**

**23-CV-8705 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 6, 2026, the parties appeared before the undersigned for a telephonic case management conference. As set forth on the record, the parties are directed to file a status letter by **February 3, 2026** informing the Court of what progress has been made on reaching a resolution in this matter.

      **SO ORDERED.**

Dated: January 7, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge