UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

J.M. et al.

                                    Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION et al.,

                                    Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/4/2026

**ORDER**

**23-CV-8705 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 3, 2026, the parties submitted a status letter informing the Court that Plaintiffs have provided Defense counsel with fee records and Defense counsel is in the course of reviewing those records and submitting approval for settlement authority.  (ECF No. 86)  The Court thanks the parties for the update.   The parties are directed to file a status letter by **March 6, 2026** to update the Court as to the status of the foregoing process.

        **SO ORDERED.**

Dated: February 4, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge