UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

 J.M. et al.

                                        Plaintiffs,

                    -against-

 NEW YORK CITY DEPARTMENT
 OF EDUCATION et al.,

                                        Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/9/2026___

**ORDER**

**23-CV-8705 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 6, 2026, Defendants submitted a status letter informing the Court that he parties are continuing to work in good faith towards a resolution of this matter and that Defendants are in the process of preparing a settlement memo.  (ECF No. 88)  The Court thanks the parties for the update.   The parties are directed to file a status letter by **April 6, 2026** to update the Court with any other developments.

    **SO ORDERED.**

Dated: March 9, 2026
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge