UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

J.M. et al.

                                    Plaintiffs,

                    -against-

NEW YORK CITY DEPARTMENT
OF EDUCATION et al.,

                                    Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/8/2026__
```

**ORDER**

**23-CV-8705 (AT) (KHP)**

On April 6, 2026, Defendants on behalf of all parties filed a status letter informing the Court that the parties are continuing to work in good faith towards a resolution of this matter and that Defendants have begun preparing the settlement memo discussed in the March 6, 2026 status letter.  (ECF No. 90)  The Court thanks the parties for the update.  The parties are directed to file a status letter by **May 7, 2026** to update the Court with any other developments.

        **SO ORDERED.**

Dated: April 8, 2026
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge