USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J.M. et al.

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT
OF EDUCATION et al.,

Defendants.
----------------------------------------------------------------X

**ORDER**

**23-CV-8705 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 10, 2026, Defendants filed a status letter on behalf of all parties advising the Court that there had been no developments since the parties' prior update affecting settlement discussions and that the parties continue to work in good faith toward an early resolution. The Court thanks the parties for the update and commends their continued settlement efforts. The parties shall file a further joint status report by **August 13, 2026**. The briefing schedule for any motion for attorneys' fees set forth at ECF No. 95 remains in effect.

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge