USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J.M. et al.

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

Defendants.
-----------------------------------------------------------------X

**SCHEDULING ORDER**

**23-CV-8705 (AT) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 1, 2026 Plaintiffs in the above-entitled action filed a letter motion requesting that the Court adjourn the current briefing schedule for any motion for attorneys' fees *sine die* or hold the schedule in abeyance until the parties appear before the Court on September 16, 2026. In light of Plaintiffs' representations in the letter, the motion is GRANTED. The briefing schedule for any attorneys' fees motion is held in abeyance until September 16, 2026.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 100.**

**SO ORDERED.**

Dated: September 3, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge